UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Triple Five of Minnesota, Inc.,            Civ. File No. 99-1894 (PAM/RLE)
a Minnesota corporation,

                        Plaintiff,
v.                                                               **ORDER**

Melvin Simon, et al.,

                        Defendants.
_____

This matter is before the Court on Plaintiff's request for an expedited briefing schedule relating to Plaintiff's Motion for Trial on Damages. Defendants do not oppose the request, and propose a reasonable approach to addressing the Motion. Because the Court's decision on the Motion inevitably will affect the contents of the parties' pretrial submissions, the Court finds that an expedited briefing schedule is appropriate. Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendants shall file a responsive memorandum of law on or before April 6, 2006;

2. Plaintiff may file a reply memorandum of law on or before April 13, 2006;

3. A hearing on the Motion will be held before the undersigned at 10:00 a.m. on April 20, 2006, in Courtroom 5 of the United States Courthouse, Seventh Floor, 180 East Fifth Street, St. Paul, Minnesota;

4. Pretrial submissions required by Local Rule 39.1 shall be due twenty days after entry of the Court's Order on the Motion; and

5. Trial shall commence at least one week following the deadline for pretrial submissions.

Date:  March 31, 2006

                                                s/ Paul A. Magnuson
                                                Paul A. Magnuson
                                                United States District Court Judge